LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendant Providence Health &
Services-Washington d/b/a Providence Alaska
Medical Center

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| BLANE A. CHISM,<br><br>    Plaintiff,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, a Washington Corporation doing business in Alaska,<br><br>    Defendant. | Case No. 3:16-cv-_____ (____) |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, Providence Health & Services-Washington d/b/a Providence Alaska Medical Center, the party in the above matter, gives notice that Case No. 3AN-16-08996 CI, as captioned above, is hereby removed to the United

NOTICE OF REMOVAL
CHISM V. PROVIDENCE
CASE NO. 3:16-cv-_____ (_____)

Page 1 of 4      /KH

32081 sj070205
Case 3:16-cv-00239-SLG   Document 1   Filed 10/14/16   Page 1 of 4

States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, where said case was originally filed and is currently pending. Providence Health & Services-Washington d/b/a Providence Alaska Medical Center state:

1. Removing party, Providence Health & Services-Washington d/b/a Providence Alaska Medical Center, is the defendant in the above-captioned action;

2. On September 19, 2016, the above-entitled action was commenced against Providence Health & Services-Washington d/b/a Providence Alaska Medical Center in the Superior Court for the State of Alaska, Third Judicial District at Anchorage and is presently pending in that court;

3. Providence Health & Services-Washington d/b/a Providence Alaska Medical Center was served with a summons and complaint on September 22, 2016;

4. This Notice is filed within thirty (30) days of the date of the original service on defendant;

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska and resided in Alaska. Providence Health & Services-Washington d/b/a Providence Alaska Medical Center is, and was at all times pertinent to this action, a Washington corporation. Thus, complete diversity exists between Plaintiff and Defendant;

NOTICE OF REMOVAL
CHISM V. PROVIDENCE
CASE NO. 3:16-cv-_____ (_____)

Page 2 of 4

/KH

Case 3:16-cv-00239-SLG   Document 1   Filed 10/14/16   Page 2 of 4

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, as more fully appears in the Complaint, a copy of which is attached to this Notice and made by reference a part hereof;

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

8. A copy of all process, pleadings, and orders served upon defendant Providence Health & Services-Washington d/b/a Providence Alaska Medical Center is filed herewith in the Notice of Filing Pleadings.

DATED this 14 of October 2016 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.


By: s/Laura L. Farley
LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: lfarley@farleygraves.com
Alaska Bar No.: 9211078
Attorneys for Defendant Providence Health & Services-Washington, d/b/a Providence Alaska Medical Center, a Washington Corporation doing business in Alaska

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 14 day of October 2016 a true and correct copy of the foregoing was served electronically on the following person(s):

David Henderson
Law Offices of David Henderson
3003 Minnesota Dr., Suite 203
Anchorage, AK 99503

By: s/Laura L. Farley

NOTICE OF REMOVAL
CHISM V. PROVIDENCE
CASE NO. 3:16-cv-_____ (_____)

Page 4 of 4

/KH