LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendant Providence Health &
Services-Washington d/b/a Providence Alaska
Medical Center

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BLANE A. CHISM,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PROVIDENCE HEALTH & SERVICES-<br>WASHINGTON d/b/a PROVIDENCE ALASKA<br>MEDICAL CENTER, a Washington Corporation<br>doing business in Alaska,<br><br>　　　　　　　　Defendant. | Case No. 3:16-cv-00239 (SLG) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties through their respective attorneys stipulate to the entry of an Order of Dismissal, with prejudice and with each party to bear their own attorneys' fees and costs,

pursuant to Fed. R. Civ. P. 41(a)(1)(ii) for the reason that the parties have reached final settlement in this matter.

DATED this 30 of June 2017 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/Laura L. Farley
LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: lfarley@farleygraves.com
Alaska Bar No.: 9211078
Attorneys for Defendant Providence Health & Services-Washington, d/b/a Providence Alaska Medical Center, a Washington Corporation doing business in Alaska

DATED this 30 of June 2017 at Anchorage, Alaska.

LAW OFFICES OF DAVID HENDERSON

By: s/David Henderson
DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, AK 99503
Ph. (907) 677-1234
Fax 1-888-965-9338
E-Mail: dh@henderson-law.com
Alaska Bar No.: 9806014
Attorneys for Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE
CHISM V. PROVIDENCE
CASE NO.3:16-CV-00239 (SLG)

Page 2 of 3 /KH

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 30 day of June 2017 a true and correct copy of the foregoing was served electronically on the following person(s):

David Henderson
Law Offices of David Henderson
3003 Minnesota Dr., Suite 203
Anchorage, AK 99503

By: s/Laura L. Farley

STIPULATION FOR DISMISSAL WITH PREJUDICE
CHISM V. PROVIDENCE
CASE NO.3:16-CV-00239 (SLG)

Page 3 of 3

/KH