IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BLANE A. CHISM,<br><br>                            Plaintiff,<br>     v.<br><br>PROVIDENCE HEALTH & SERVICES-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, a Washington Corporation doing business in Alaska,<br><br>                           Defendant. | Case No. 3:16-cv-00239-SLG |

## ORDER RE STIPULATION

Upon consideration of the parties' Stipulation for Dismissal with Prejudice (Docket 12), the Court hereby APPROVES the stipulation.

IT IS ORDERED that this case is DISMISSED with prejudice and with each party to bear their own attorneys' fees and costs.

DATED this 5th day of July, 2017 at Anchorage, Alaska.

                                                 */s/ Sharon L. Gleason*
                                                 UNITED STATES DISTRICT JUDGE